# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-641

_____

GREGORY L. CURTIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Mark W. Mosely, Judge.

August 29, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gregory L. Curtis, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.